IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **AMERICAN FIRST FEDERAL, INC.,** | * | |
| Plaintiff, | * | |
| | | Case No. 07-0660-CG-B |
| vs. | * | |
| **WILLIAM CHRISTOPHER DYESS,** | * | |
| Defendant. | * | |

**DEFAULT JUDGMENT**

Upon the application of the Plaintiff American First Federal, Inc., the court hereby enters judgment by default in favor of Plaintiff American First Federal, Inc. and against Defendant William Christopher Dyess for the sum of $780,122.59, which sum is comprised of (a) principal, interest, and other charges of $765,332.57 as of February 22, 2008, (b) additional pre-judgment interest of $1,451.32, and (c) reasonable attorney's fees and expenses of $13,338.70. The components of the principal, interest and other charges, and pre-judgment interest portions of the judgment are set forth below.

| Promissory Note Date | 2/22/08 Unpaid Balance | 2/22/08 - 3/5/08 Interest |
|---|---|---|
| 09-20-02 | $ 184,986.41 | $   349.57 |
| 07-28-05 | 319,519.56 | 571.35 |
| 03-28-06 | 260,826.60 | 530.40 |
| Totals | $ 765,332.57 | $ 1,451.32 |

Interest shall accrue on the judgment at the rate of 1.59% per annum pursuant to 28 § 1961 of the

Federal Rules of Civil Procedure.  Costs are taxed against the Defendant.

**DONE and ORDERED** this 10th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE