IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN FIRST FEDERAL, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO.: 07-0660-CG-B |
| WILLIAM CHRISTOPHER DYESS, | ) ) ) | |
| Defendant. | ) | |

## CHARGING ORDER AS TO
## HOLIDAY DEVELOPMENT – STATE PARK, LLC

Plaintiff American First Federal, Inc. moved for a charging order pursuant to section 10-12-35, Ala. Code (1975), charging the individual financial interest of Defendant William Christopher Dyess with payment of the amount of the judgment rendered by this Court on March 10, 2008. It appears that the judgment balance, together with accrued interest, fees, expenses, and costs, is $828,554.18 as of July 21, 2011. For good cause appearing, it is

**ORDERED** that the financial interest of Defendant William Christopher Dyess in Holiday Development – State Park, LLC, is hereby charged with payment of the unpaid balance due on the judgment rendered in this action in favor of Plaintiff American First Federal Inc. for $780,122.59, plus interest and costs, and that said limited liability company is ordered to report in writing to the Plaintiff each time a distribution is due to be made with respect to any interest of Dyess or with respect to which Dyess is the assignee or transferee, listing the amount and time of all distributions due to be made to all members, and the said limited

liability company shall distribute to Plaintiff any and all amounts that become due or distributable to Defendant William Christopher Dyess or his assignee or transferee.

It is further **ORDERED** that service of this order by Plaintiff's counsel by U.S. Mail, first class, postage prepaid, on Holiday Development - State Park, LLC, in care of its registered agent William C. Dyess, as follows shall constitute good and sufficient service on and notice to the said limited liability company and the Defendant of this order:

> William C. Dyess
> Tortola Charters
> P O Box 305496
> PMB 141
> St. Thomas, U.S. Virgin Islands 00803

**DONE and ORDERED** this 15th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE