IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN FIRST FEDERAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 07-0660-CG-B |
| ) | |
| WILLIAM CHRISTOPHER DYESS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court on the Plaintiff's Motion to Revive (Doc. 18). Based upon the statements made in the Motion, it appears to the Court that the motion is due to be granted.

It is therefore **ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion to Revive Judgment is hereby **GRANTED** against the Defendant, **WILLIAM CHRISTOPHER DYESS** in the amount of $780,122.59, and interest shall accrue on the Judgment at the rate of one point fifty-nine percent (1.59%) per annum pursuant to 28 § 1961 of the Federal Rules of Civil Procedure. Costs are taxed against the Defendant.

**DONE and ORDERED** this 26th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE